ELIOT D. PRATT, a Taxpayer of the City of New York, Appellant, *v.* FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Respondents.

Submitted May 21, 1945; decided May 24, 1945.

*Churchill Rodgers* and *Samuel Seabury* for Metropolitan Life Insurance Company and another, respondents, and *Ignatius M. Wilkinson, Corporation Counsel,* for City of New York and others, respondents, in support of motion.

*Edward Weinfeld, Charles Abrams, Shirley Adelson* and *Henry Epstein* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.